## Commonwealth v. Beilby, Appellant.

Argued April 10, 1973. *Stanton D. Levenson*, with him *Watzman, Levenson & Snyder*, for appellant; *Louis R. Paulick*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, v. Bell.

Argued April 10, 1973. *Robert F. Banks*, First Assistant District Attorney, with him *Samuel J. Orr, IV*, Assistant District Attorney, for Commonwealth, appellant; *Anna Belle Jones*, with her *Stranahan & Stranahan*, for appellee.

Order affirmed.

WRIGHT, P. J., dissents.